FLEETWOOD FOUNDATION, INC., Respondent, *v.* DAILY MIRROR, INC., et al., Appellants.

(Argued April 17, 1935; decided May 3, 1935.)

*Arthur F. Driscoll, Edward A. Robertson* and *Edward F. Clarke* for appellants.

*Frank C. Laughlin, Richard J. Mackey, Stewart W. Bowers* and *Murray Brensilber* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. Not voting: LEHMAN, J.